United States Bankruptcy Court

Southern District of Florida

In re:                                                                          Case No. 19-23497-AJC

Yuvisel Santana                                                          Chapter 13

      Debtor

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 113C-1 | User: admin | Page 1 of 3 |
| Date Rcvd: Nov 10, 2022 | Form ID: 3180W | Total Noticed: 35 |

The following symbols are used throughout this certificate:

**Symbol    Definition**

+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 12, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Yuvisel Santana, 3115 NW 49 Street, Miami, FL 33142-3420 |
| 95354103 | + | Banco Popular, 9600 W Bryn Mawr Ave, Des Plaines, IL 60018-5209 |
| 95386060 | | Banco Popular de Puerto Rico, Po Box 366818 San Juan PR 00936 |
| 95354106 | + | Bank Of America, N.a., Po Box 45144, Jacksonville, FL 32232-5144 |
| 95354107 | | Bb&t, Credit Card Disputes, Wilson, NC 27894 |
| 95354108 | | Branch B&t, Credit Card Disputes, Wilson, NC 27894 |
| 95354111 | + | Credit And Collection Section, 2525 NW 62 Street, Suite 4301, Miami FL 33147-7719 |
| 95354112 | + | Dept Of Ed/aspire Reso, Pob 65970, West Des Moines, IA 50265-0970 |
| 95354115 | + | Marcadis Singer PA, 5104 South Westshore Blvd, Tampa, FL 33611-5650 |
| 95354116 | + | Miami Dade County -, 2525 NW 62 Street, Suite 4301, Miami FL 33147-7719 |
| 95388502 | + | Popular, Popular Community Bank, POB 4960, Miami Lakes, FL 33014-0960 |
| 95354118 | + | Regions Bank, Po Box 110, Hattiesburg, MS 39403-0110 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**

Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | EDI: FLDEPREV.COM | Nov 11 2022 03:53:00 | Florida Department of Revenue, POB 6668, Bankruptcy Division, Tallhassee, FL 32314-6668 |
| ust | + | Email/Text: USTPRegion21.MM.ECF@usdoj.gov | Nov 10 2022 23:03:00 | Office of the US Trustee, 51 S.W. 1st Ave., Suite 1204, Miami, FL 33130-1614 |
| cr | + | Email/Text: newbk@Regions.com | Nov 10 2022 23:03:00 | Regions Bank DBA Regions Mortgage, 7130 Goodlett Farms Parkway, Cordova, TN 38016-4991 |
| 95354102 | | Email/Text: ebnbankruptcy@ahm.honda.com | Nov 10 2022 23:03:00 | American Honda Finance, 1235 Old Alpharetta Road, Alpharetta, GA 30005 |
| 95370866 | + | Email/Text: bankruptcy@bbandt.com | Nov 10 2022 23:02:00 | BB&T, Bankruptcy Section, 100-50-01-51, P.O. Box 1847, Wilson, NC 27894-1847 |
| 95354104 | | Email/Text: hildaris.burgos@popular.com | Nov 10 2022 23:03:00 | Banco Popular De Puert, Gpo Box 3228, San Juan, PR 00936 |
| 95354105 | + | EDI: BANKAMER.COM | Nov 11 2022 03:53:00 | Bank Of America, Po Box 982238, El Paso, TX 79998-2238 |
| 95448724 | | EDI: BANKAMER.COM | Nov 11 2022 03:53:00 | Bank of America, N.A., PO BOX 31785, Tampa, FL 33631-3785 |
| 95412247 | | EDI: CAPITALONE.COM | Nov 11 2022 03:53:00 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 95354109 | + | EDI: CAPITALONE.COM | Nov 11 2022 03:53:00 | Capital One Bank Usa N, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 95354110 | + | EDI: WFNNB.COM | Nov 11 2022 03:53:00 | Cb/express, Po Box 182789, Columbus, OH 43218-2789 |
| 95463763 | | EDI: CITICORP.COM | | |

| District/off: 113C-1 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Nov 10, 2022 | Form ID: 3180W | Total Noticed: 35 |

| | | | | |
|---|---|---|---|---|
| | | | Nov 11 2022 03:53:00 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 95354114 | + | EDI: CITICORP.COM | | |
| | | | Nov 11 2022 03:53:00 | Macys/dsnb, Po Box 8218, Mason, OH 45040 |
| 95354113 | + | EDI: LENDNGCLUB | | |
| | | | Nov 11 2022 03:53:00 | Lending Club Corp, 595 Market Street, San Francisco, CA 94105-2802 |
| 95354117 | | Email/Text: EBN@Mohela.com | | |
| | | | Nov 10 2022 23:02:00 | Mohela/dept Of Ed, 633 Spirit Drive, Chesterfield, MO 63005 |
| 95354119 | + | Email/Text: bankruptcy@bbandt.com | | |
| | | | Nov 10 2022 23:02:00 | Suntrust Bank, Po Box 85526, Richmond, VA 23285-5526 |
| 95354120 | + | EDI: RMSC.COM | | |
| | | | Nov 11 2022 03:53:00 | Syncb/brandsmart, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 95354121 | + | EDI: RMSC.COM | | |
| | | | Nov 11 2022 03:53:00 | Syncb/walmar, Po Box 965024, Orlando, FL 32896-5024 |
| 95354122 | + | EDI: CITICORP.COM | | |
| | | | Nov 11 2022 03:53:00 | Thd/cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 95354123 | + | Email/Text: EBankruptcy@UCFS.NET | | |
| | | | Nov 10 2022 23:03:00 | United Consumer Finl S, 865 Bassett, Westlake, OH 44145-1194 |
| 95354124 | + | Email/Text: EDBKNotices@ecmc.org | | |
| | | | Nov 10 2022 23:02:00 | Us Dep Ed, Po Box 5609, Greenville, TX 75403-5609 |
| 95354125 | + | EDI: WFFC2 | | |
| | | | Nov 11 2022 03:53:00 | Wells Fargo Bank Nv Na, P.o. Box 94435, Albuquerque, NM 87199-4435 |
| 95363116 | + | EDI: WFFC2 | | |
| | | | Nov 11 2022 03:53:00 | Wells Fargo Bank, N.A., 435 Ford Road, Suite 300, St. Louis Park, MN 55426-4938 |

TOTAL: 23

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 12, 2022          Signature:          /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 10, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Aileen Torrens | on behalf of Debtor Yuvisel Santana aileen@torrenslaw.com  pedrofeliz@comcast.net |
| Nancy K. Neidich | e2c8f01@ch13miami.com  ecf2@ch13miami.com |

District/off: 113C-1

Date Rcvd: Nov 10, 2022

Office of the US Trustee

User: admin

Form ID: 3180W

USTPRegion21.MM.ECF@usdoj.gov

Page 3 of 3

Total Noticed: 35

TOTAL: 3

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Yuvisel Santana | Social Security number or ITIN  xxx–xx–0090 |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN  _ _ _ _ EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court  Southern District of Florida | | |
| Case number:  19–23497–AJC | | |

# Order of Discharge

12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

**Yuvisel Santana**
**aka Yuvisel Santana Espinos, aka Yuvisel Santana**
**Espinosa**

November 10, 2022

By the court:

**A. Jay Cristol**
United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

♦ debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

♦ some debts which the debtors did not properly list;

♦ debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

♦ debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

♦ debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

---

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

---